OFFICE OF DISCIPLINARY COUNSEL ET AL. *v.* NENTWICK.

[Cite as *Disciplinary Counsel v. Nentwick* (1999), 84 Ohio St.3d 491.]

(No. 98–1323—Submitted October 28, 1998—Decided February 10, 1999.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* Assistant Disciplinary Counsel, for relator Office of Disciplinary Counsel.

*Mark A. Hutson* and *Frederic E. Naragon,* for relator Columbiana County Bar Association.

*R. Eric Kibler,* for respondent.

*Per Curiam.* We adopt the findings of the board and its conclusions, except the conclusion that in the MacKall matter respondent violated DR 7–102(A)(2) (knowingly advancing a claim or defense unwarranted under existing law), which the board erroneously characterized as "failing to carry out a contract of employment." We also adopt the recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.